OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
OFFICIAL BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 10 2015

Tr. Ct. No. 1374104-A

9/2/2015
MITCHELL-SMITH, JEVANTE TREVION
WR-82,242-01

On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk

JEVANTE TREVION MITCHELL-SMITH